# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

FRANCISCO COLON,                                    1:07-cv-001475 LJO-SMS (HC)

                Petitioner,

    vs.                                                      ORDER AUTHORIZING
                                                                 IN FORMA PAUPERIS STATUS
N. DAWSON,

                Respondent.
_____/

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to
proceed *in forma pauperis*.

                                           IT IS SO ORDERED.

**Dated:    October 18, 2007**            _____**/s/ Sandra M. Snyder**_____
                                                               UNITED STATES MAGISTRATE JUDGE